**Motion Granted in Part and Denied in Part; Order filed September 30, 2013**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-13-00599-CV**
_____

## IN THE INTEREST OF B.M., M.L., AND A.A.C., Children

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2012-02208J**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue Appellant's brief was ordered to be filed by September 27, 2013. On that date, appellant filed a motion to extend time to file the brief and requesting this court to "Order the Harris County District clerk to allow access through the internet for counsel." No brief has been filed. We grant appellant's motion for extension of time to file the brief, but deny all other relief.

Unless appellant files a brief with the clerk of this court on or before **October 7, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM